IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN BURTON,

    Petitioner,

v.

JOHN E. WETZEL, et al,

    Respondents.

CIVIL ACTION
NO. 16-1400

## ORDER

**AND NOW**, this 4th day of August, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and the objections filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

                      **BY THE COURT:**

                      **/s/ Jeffrey L. Schmehl**
                      **Jeffrey L. Schmehl, J.**